## SCROGGS *et al. v.* THE STATE.

HILL, J. The evidence was sufficient to support the verdict; and the assignments of error upon the charge of the court and the refusal to charge, considered in the light of the evidence and the entire charge, show no cause for reversal.

*Judgment affirmed. All the Justices concur.*

No. 1106. APRIL 15, 1919.

Indictment for murder. Before Judge Jones. Habersham superior court. July 15, 1918.

*J. C. Edwards & Sons* and *J. J. & Sam Kimzey,* for plaintiff in error.

*Clifford Walker, attorney-general, Robert McMillan, solicitor-general,* and *M. C. Bennet,* contra.